UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

           Plaintiff,        Case No. 16-20817

v.                                   Judith E. Levy
                                   United States District Judge

Demitrius Manderfield,
                                   Mag. Judge Anthony P. Patti

           Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION FOR RELEASE FROM CUSTODY [77]**

On April 17, 2020, Defendant Demitrius Manderfield moved for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 77.) The Government responded on April 24, 2020. (ECF No. 82.) Defendant replied on April 26, 2020. (ECF No. 85.) On April 28, 2020, the Court held a hearing and heard oral argument on Defendant's motion.

For the reasons stated on the record, Defendant's motion is **DENIED.**

IT IS SO ORDERED.

Dated: April 28, 2020  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
                                              United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 28, 2020.

                                              s/William Barkholz
                                              WILLIAM BARKHOLZ
                                              Case Manager